IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:22-cr-26-64 |
| LARRY B. TAYLOR, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the parties' Joint Status Report and Motion for Additional Time.  Doc. 1887.  The parties seek an additional 30 days to continue good-faith negotiations regarding a resolution to this case.  After careful consideration and for good cause shown, the Court **GRANTS** the parties' Motion.

The Court finds, as a matter of fact and law, the extension is not for the purpose of delay but in the furtherance of justice and to protect Defendant's right to a fair trial.  The Court also finds the extension is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for the effective preparation of defense counsel to continue good-faith negotiations of a resolution to this case.  Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding the ends of justice will be served by granting the continuance outweigh the best interests of the public and Defendants in a speedy trial, the Court grants this additional time for the parties to continue plea negotiations. The period of delay resulting from this extension—October 6, 2023 through and including November 7, 2023—is excluded in computing the time within which the trial of this matter may commence.

The parties are **ORDERED** to file an updated Joint Status Report with the Court on or before November 8, 2023.

**SO ORDERED**, this 6th day of October, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA